UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS FOUNDATION,<br><br>               Plaintiff,<br><br>     v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES,<br><br>               Defendant. | Civil Action No. 12-919 (BAH)<br><br>Judge Beryl A. Howell |

## ORDER

Upon consideration of the Plaintiff's Motion for Partial Judgment on the Pleadings, ECF No. 8, the memoranda submitted in support and opposition, and the entire record herein, the Court concludes that imposing any date certain for the production of non-exempt documents responsive to the plaintiff's FOIA request would be premature at this time.

In response to a series of twenty FOIA requests from the plaintiff and other requesters seeking records related to the same subject matter, the defendant has indicated that it is has decided "to search collectively for records responsive to all Fast and Furious FOIA requests, many of which overlap, rather than proceed on a request by request basis." Def.'s Mem. in Opp'n to Pl.'s Mot. for Partial J. on the Pleadings ("Def.'s Opp'n") at 2, ECF No. 9. Furthermore, the defendant suggests that it has "taken reasonable and practical steps to respond to [the plaintiff's] record request and the many other FOIA requests for documents made by others relating to Fast and Furious," including (1) allocating three additional employees to assist in the searching and review process; (2) completing its search for responsive records; and (3) beginning its review of 30,000 pages of potentially responsive records. *See id.* at 2–4, 6. The parties, however, have not submitted any information to the Court since August 2012 regarding

1

the status of the defendant's review and production efforts, nor has the defendant filed a motion to stay these proceedings pursuant to 5 U.S.C. § 552(a)(6)(C) and *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976).  Accordingly, it is hereby

**ORDERED** that the Plaintiff's Motion for Partial Judgment on the Pleadings, ECF No. 8, is DENIED without prejudice; and it is further

**ORDERED** that the parties shall jointly file, by March 4, 2013, a status report that sets forth (1) the number of documents identified by the defendant that are potentially responsive to the plaintiff's FOIA request; (2) the number of documents potentially responsive to the plaintiff's FOIA request that have been fully reviewed by the defendant and will either be released to the plaintiff or withheld pursuant to 5 U.S.C. § 552(b); and (3) a jointly proposed schedule for the defendant to make a final determination as to all records responsive to the plaintiff's FOIA request; and it is further

**ORDERED** that the defendant may file, on or before March 4, 2013, a motion to stay these proceedings pursuant to 5 U.S.C. § 552(a)(6)(C) and *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976); and it is further

**ORDERED** that, if the defendant elects not to file a motion for an *Open America* stay, the plaintiff may renew its motion for partial judgment on the pleadings at that time.

**SO ORDERED.**

Date:  February 11, 2013

　　　　　　　　　　　　　　　　　　　　　/s/ *Beryl A. Howell*
　　　　　　　　　　　　　　　　　　　　　BERYL A. HOWELL
　　　　　　　　　　　　　　　　　　　　　United States District Judge